IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DENISE CURRY, ET AL. | § | |
| V. | § | CIVIL ACTION NO. 9:03CV330 |
| SHELBY COUNTY, TEXAS, ET AL. | § | |

FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his suit and that the same is **DISMISSED WITH PREJUDICE.**

**SIGNED** this the 24 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge